# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: HEATH, JOHN DUDLEY | § Case No. 13-84038 |
| HEATH, MARY ELLEN | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 04, 2013. The undersigned trustee was appointed on December 05, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $       68,875.78

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 395.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 68,480.38 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/19/2014 and the deadline for filing governmental claims was 06/02/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,589.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,589.26, for a total compensation of $3,589.26.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $99.73, for total expenses of $99.73.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/24/2014        By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-84038
**Case Name:** HEATH, JOHN DUDLEY
HEATH, MARY ELLEN
**Period Ending:** 07/25/14

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 12/04/13 (f)
**§341(a) Meeting Date:** 01/10/14
**Claims Bar Date:** 05/19/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence located at 25100 Front St., Sterling I<br>Imported from original petition Doc# 1 | 86,454.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Midland States Bank<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods<br>Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing apparel<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding rings and misc. costume jewelry<br>Imported from original petition Doc# 1 | 110.00 | 0.00 | | 0.00 | FA |
| 6 | Whole Life Insurance policy #26009455 with New Y<br>Imported from original petition Doc# 1 | 2,196.43 | 0.00 | | 0.00 | FA |
| 7 | Whole Life Insurance policy #43488242 with New Y<br>Imported from original petition Doc# 1 | 24,995.72 | 0.00 | | 0.00 | FA |
| 8 | 2012 Mazda 3I in excellent condition with 5500 m<br>Imported from original petition Doc# 1 | 15,600.00 | 0.00 | | 0.00 | FA |
| 9 | CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE (u)<br>John Heath's beneficial interest in the Robert Heath Trust. Interim distribution received 2/27/14. May be 2015 before final distribution is made to the Bankruptcy Estate. | 0.00 | 68,875.78 | | 68,875.78 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$130,456.15** | **$68,875.78** | | **$68,875.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014        **Current Projected Date Of Final Report (TFR):**    July 24, 2014 (Actual)

Printed: 07/25/2014 11:58 AM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-84038 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | HEATH, JOHN DUDLEY | | Bank Name: | Rabobank, N.A. |
| | HEATH, MARY ELLEN | | Account: | ******1766 - Checking Account |
| Taxpayer ID #: | **-***3453 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/24/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/14 | {9} | The Robert H. Heath Trust | Interim distribution - Debtor's interest in Robert Heath Trust | 1229-000 | 68,875.78 | | 68,875.78 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.76 | 68,780.02 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.53 | 68,674.49 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.77 | 68,575.72 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.34 | 68,480.38 |

|  | ACCOUNT TOTALS | 68,875.78 | 395.40 | $68,480.38 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | Subtotal | 68,875.78 | 395.40 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $68,875.78 | $395.40 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******1766 | 68,875.78 | 395.40 | 68,480.38 |
| | $68,875.78 | $395.40 | $68,480.38 |

{} Asset reference(s)                                                                                                   Printed: 07/24/2014 03:09 PM    V.13.15

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case: 13-84038    HEATH, JOHN DUDLEY

**Case Balance:** $68,480.38    **Total Proposed Payment:** $68,480.38    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Branch Bank & Trust PO Box | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68,480.38 |
| NOTFILED | Community Bank of Oregon | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68,480.38 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 1.25 | 1.25 | 0.00 | 1.25 | 1.25 | 68,479.13 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 925.00 | 925.00 | 0.00 | 925.00 | 925.00 | 67,554.13 |
| | MEGAN G. HEEG <2200-00 Trustee Expenses> | Admin Ch. 7 | 99.73 | 99.73 | 0.00 | 99.73 | 99.73 | 67,454.40 |
| | MEGAN G. HEEG <2100-00 Trustee Compensation> Claim Memo: [Updated by Surplus to Debtor Report based on Net Estate Value: 28392.59] | Admin Ch. 7 | 3,589.26 | 3,589.26 | 0.00 | 3,589.26 | 3,589.26 | 63,865.14 |
| 1 | American InfoSource LP as agent for | Unsecured | 1,361.64 | 1,361.64 | 0.00 | 1,361.64 | 1,361.64 | 62,503.50 |
| 2 | Quantum3 Group LLC as agent for | Unsecured | 498.29 | 498.29 | 0.00 | 498.29 | 498.29 | 62,005.21 |
| 3 | Capital One Bank (USA), N.A. | Unsecured | 5,680.23 | 5,680.23 | 0.00 | 5,680.23 | 5,680.23 | 56,324.98 |
| 4 | Capital One Bank (USA), N.A. | Unsecured | 6,883.45 | 6,883.45 | 0.00 | 6,883.45 | 6,883.45 | 49,441.53 |
| 5 | Capital One Bank (USA), N.A. | Unsecured | 2,646.09 | 2,646.09 | 0.00 | 2,646.09 | 2,646.09 | 46,795.44 |
| 6 | Capital Recovery V, LLC | Unsecured | 1,163.08 | 1,163.08 | 0.00 | 1,163.08 | 1,163.08 | 45,632.36 |
| 7 | Capital Recovery V, LLC | Unsecured | 1,407.96 | 1,407.96 | 0.00 | 1,407.96 | 1,407.96 | 44,224.40 |
| 8 | Capital Recovery V, LLC | Unsecured | 1,941.15 | 1,941.15 | 0.00 | 1,941.15 | 1,941.15 | 42,283.25 |
| 9 | MERRICK BANK | Unsecured | 1,437.29 | 1,437.29 | 0.00 | 1,437.29 | 1,437.29 | 40,845.96 |
| 10 | Citibank, N.A. | Unsecured | 343.47 | 343.47 | 0.00 | 343.47 | 343.47 | 40,502.49 |
| NOTFILED | CCH Medical Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,502.49 |
| NOTFILED | CGH Medical Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,502.49 |
| NOTFILED | Chase Card Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,502.49 |
| NOTFILED | Figis | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,502.49 |
| NOTFILED | GECRB | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,502.49 |

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case: 13-84038   HEATH, JOHN DUDLEY

**Case Balance:** $68,480.38    **Total Proposed Payment:** $68,480.38    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Genesis Health Systems | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,502.49 |
| NOTFILED | KCI USA INC. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,502.49 |
| NOTFILED | Shell/Citi Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,502.49 |
| NOTFILED | Target National Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,502.49 |
| 1I | American InfoSource LP as agent for | Unsecured | 1.13 | 1.13 | 0.00 | 1.13 | 1.13 | 40,501.36 |
| 2I | Quantum3 Group LLC as agent for | Unsecured | 0.41 | 0.41 | 0.00 | 0.41 | 0.41 | 40,500.95 |
| 3I | Capital One Bank (USA), N.A. | Unsecured | 4.69 | 4.69 | 0.00 | 4.69 | 4.69 | 40,496.26 |
| 4I | Capital One Bank (USA), N.A. | Unsecured | 5.69 | 5.69 | 0.00 | 5.69 | 5.69 | 40,490.57 |
| 5I | Capital One Bank (USA), N.A. | Unsecured | 2.19 | 2.19 | 0.00 | 2.19 | 2.19 | 40,488.38 |
| 6I | Capital Recovery V, LLC | Unsecured | 0.96 | 0.96 | 0.00 | 0.96 | 0.96 | 40,487.42 |
| 7I | Capital Recovery V, LLC | Unsecured | 1.16 | 1.16 | 0.00 | 1.16 | 1.16 | 40,486.26 |
| 8I | Capital Recovery V, LLC | Unsecured | 1.60 | 1.60 | 0.00 | 1.60 | 1.60 | 40,484.66 |
| 9I | MERRICK BANK | Unsecured | 1.19 | 1.19 | 0.00 | 1.19 | 1.19 | 40,483.47 |
| 10I | Citibank, N.A. | Unsecured | 0.28 | 0.28 | 0.00 | 0.28 | 0.28 | 40,483.19 |
| SURPLUS | HEATH, JOHN DUDLEY | Unsecured | 40,483.19 | 40,483.19 | 0.00 | 40,483.19 | 40,483.19 | 0.00 |
| | **Total for Case 13-84038 :** | | **$68,480.38** | **$68,480.38** | **$0.00** | **$68,480.38** | **$68,480.38** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $4,615.24 | $4,615.24 | $0.00 | $4,615.24 | 100.000000% |
| Total Secured Claims : | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $63,865.14 | $63,865.14 | $0.00 | $63,865.14 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**    Exhibit D

Case No.: 13-84038
Case Name: HEATH, JOHN DUDLEY
Trustee Name: MEGAN G. HEEG

**Balance on hand:**    $ 68,480.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 68,480.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,589.26 | 0.00 | 3,589.26 |
| Trustee, Expenses - MEGAN G. HEEG | 99.73 | 0.00 | 99.73 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 925.00 | 0.00 | 925.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1.25 | 0.00 | 1.25 |

Total to be paid for chapter 7 administration expenses:    $ 4,615.24
Remaining balance:    $ 63,865.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $ 0.00
Remaining balance:    $ 63,865.14

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 63,865.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,362.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 1,361.64 | 0.00 | 1,361.64 |
| 2 | Quantum3 Group LLC as agent for | 498.29 | 0.00 | 498.29 |
| 3 | Capital One Bank (USA), N.A. | 5,680.23 | 0.00 | 5,680.23 |
| 4 | Capital One Bank (USA), N.A. | 6,883.45 | 0.00 | 6,883.45 |
| 5 | Capital One Bank (USA), N.A. | 2,646.09 | 0.00 | 2,646.09 |
| 6 | Capital Recovery V, LLC | 1,163.08 | 0.00 | 1,163.08 |
| 7 | Capital Recovery V, LLC | 1,407.96 | 0.00 | 1,407.96 |
| 8 | Capital Recovery V, LLC | 1,941.15 | 0.00 | 1,941.15 |
| 9 | MERRICK BANK | 1,437.29 | 0.00 | 1,437.29 |
| 10 | Citibank, N.A. | 343.47 | 0.00 | 343.47 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 23,362.65 |
| Remaining balance: | $ | 40,502.49 |

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 40,502.49

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 40,502.49

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $19.30. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $40,483.19.

**UST Form 101-7-TFR (05/1/2011)**