UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: HEATH, JOHN DUDLEY | § | Case No. 13-84038 |
| HEATH, MARY ELLEN | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/06/2014 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

    Dated:  09/05/2014         By:  /s/MEGAN G. HEEG
                                                                                                          Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: HEATH, JOHN DUDLEY § Case No. 13-84038
   HEATH, MARY ELLEN § 
 § 
 § 
Debtor(s) § 

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 68,875.78 |
| *and approved disbursements of* | $ 395.40 |
| *leaving a balance on hand of* [1] | $ 68,480.38 |
| **Balance on hand:** | $ 68,480.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---:|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 68,480.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - MEGAN G. HEEG | 3,589.26 | 0.00 | 3,589.26 |
| Trustee, Expenses - MEGAN G. HEEG | 99.73 | 0.00 | 99.73 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 925.00 | 0.00 | 925.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1.25 | 0.00 | 1.25 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ | 4,615.24 |
| Remaining balance: | $ | 63,865.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

      Total to be paid for prior chapter administrative expenses: $   0.00
      Remaining balance: $   63,865.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

      Total to be paid for priority claims: $   0.00
      Remaining balance: $   63,865.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,362.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 1,361.64 | 0.00 | 1,361.64 |
| 2 | Quantum3 Group LLC as agent for | 498.29 | 0.00 | 498.29 |
| 3 | Capital One Bank (USA), N.A. | 5,680.23 | 0.00 | 5,680.23 |
| 4 | Capital One Bank (USA), N.A. | 6,883.45 | 0.00 | 6,883.45 |
| 5 | Capital One Bank (USA), N.A. | 2,646.09 | 0.00 | 2,646.09 |
| 6 | Capital Recovery V, LLC | 1,163.08 | 0.00 | 1,163.08 |
| 7 | Capital Recovery V, LLC | 1,407.96 | 0.00 | 1,407.96 |
| 8 | Capital Recovery V, LLC | 1,941.15 | 0.00 | 1,941.15 |
| 9 | MERRICK BANK | 1,437.29 | 0.00 | 1,437.29 |
| 10 | Citibank, N.A. | 343.47 | 0.00 | 343.47 |

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 23,362.65 |
| Remaining balance: | $ 40,502.49 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 40,502.49 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 40,502.49 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $19.30. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 40,483.19.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
                                    Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                        Case No. 13-84038-TML
John Dudley Heath                                                             Chapter 7
Mary Ellen Heath
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 1              Date Rcvd: Sep 08, 2014
                              Form ID: pdf006             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2014.
```
db/jdb         +John Dudley Heath,    Mary Ellen Heath,    25100 Front St.,    Sterling, IL 61081-8868
21290050        Branch Bank & Trust,    PO Box,    Greenville, SC 29602
21290052       +CCH Medical Center,    101 E. Miller St.,    Sterling, IL 61081-1252
21290053       +CGH Medical Center,    100 E. Lefevre Rd.,    Sterling, IL 61081-1279
21290051       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
21665673        Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
21290054        Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
21290055       +Citi Bank,    PO Box 6497,    Sioux Falls, SD 57117-6497
21290056       +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
21290057       +Community Bank of Oregon,    101 S. 4th St.,    Oregon, IL 61061-1609
21290058        Figis,   3200 Allen Drive,    5 Maple Avenue,    Marshfield, WI 54449
21290060       +Genesis Health Systems,    1227 E. Rusholme,    Davenport, IA 52803-2459
21290062       +KCI USA INC.,    PO Box 301328,    Dallas, TX 75303-1328
21290064       +Shell/Citi Bank,    PO Box 6497,    Sioux Falls, SD 57117-6497
21290065       +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21533661        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2014 01:06:34
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
21852431        E-mail/PDF: rmscedi@recoverycorp.com Sep 09 2014 01:07:09      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21896846        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2014 01:06:36      Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
21290059       +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2014 01:05:56      GECRB,    PO Box 965034,
                 Orlando, FL 32896-5034
21290061       +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2014 01:05:56      JC Penney,    PO Box 960090,
                 Orlando, FL 32896-0090
21878840        E-mail/Text: bkr@cardworks.com Sep 09 2014 00:58:40      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
21290063       +E-mail/Text: bkr@cardworks.com Sep 09 2014 00:58:40      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
21538312        E-mail/Text: bnc-quantum@quantum3group.com Sep 09 2014 00:59:28
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
21290066       +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2014 01:04:39      Walmart,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2014 at the address(es) listed below:
```
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Robert P Follmer    on behalf of Debtor John Dudley Heath ostlingassociates@comcast.net,
               follmer777@hotmail.com;btarvin@ostlinglaw.com;jbarnes@ostlinglaw.com
              Robert P Follmer    on behalf of Joint Debtor Mary Ellen Heath ostlingassociates@comcast.net,
               follmer777@hotmail.com;btarvin@ostlinglaw.com;jbarnes@ostlinglaw.com
                                                                                              TOTAL: 5
```