**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: HEATH, JOHN DUDLEY § Case No. 13-84038
       HEATH, MARY ELLEN § 
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $130,456.15      Assets Exempt: $23,032.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $23,388.10      Claims Discharged
    Without Payment: $10,564.48

Total Expenses of Administration: $4,761.32

---

    3) Total gross receipts of $ 68,875.78 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 40,726.36 (see **Exhibit 2**), yielded net receipts of $28,149.42
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $80,232.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,761.32 | 4,761.32 | 4,761.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,486.26 | 23,388.10 | 23,388.10 | 23,388.10 |
| **TOTAL DISBURSEMENTS** | $109,718.26 | $28,149.42 | $28,149.42 | $28,149.42 |

4) This case was originally filed under Chapter 7 on December 04, 2013. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2014          By: /s/MEGAN G. HEEG
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE | 1229-000 | 68,875.78 |
| **TOTAL GROSS RECEIPTS** | | **$68,875.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HEATH, JOHN DUDLEY | Dividend paid 100.00% on $40,726.36; Claim# SURPLUS; Filed: $40,726.36; Reference: | 8200-002 | 0.00 |
| HEATH, JOHN DUDLEY | Dividend paid 100.00% on $40,726.36; Claim# SURPLUS; Filed: $40,726.36; Reference: | 8200-002 | 40,726.36 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$40,726.36** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Community Bank of Oregon | 4110-000 | 12,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Branch Bank & Trust PO Box | 4110-000 | 67,632.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$80,232.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,564.94 | 3,564.94 | 3,564.94 |
| MEGAN G. HEEG | 2200-000 | N/A | 99.73 | 99.73 | 99.73 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 700.00 | 700.00 | 700.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 1.25 | 1.25 | 1.25 |
| Rabobank, N.A. | 2600-000 | N/A | 95.76 | 95.76 | 95.76 |
| Rabobank, N.A. | 2600-000 | N/A | 105.53 | 105.53 | 105.53 |
| Rabobank, N.A. | 2600-000 | N/A | 98.77 | 98.77 | 98.77 |
| Rabobank, N.A. | 2600-000 | N/A | 95.34 | 95.34 | 95.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,761.32 | $4,761.32 | $4,761.32 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 1,361.64 | 1,361.64 | 1,361.64 |
| 1I | American InfoSource LP as agent for | 7990-000 | N/A | 1.48 | 1.48 | 1.48 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 631.13 | 498.29 | 498.29 | 498.29 |
| 2I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 0.54 | 0.54 | 0.54 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 13,224.00 | 5,680.23 | 5,680.23 | 5,680.23 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 6.19 | 6.19 | 6.19 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 6,883.45 | 6,883.45 | 6,883.45 |
| 4I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 7.50 | 7.50 | 7.50 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,646.09 | 2,646.09 | 2,646.09 |
| 5I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 2.88 | 2.88 | 2.88 |
| 6 | Capital Recovery V, LLC | 7100-000 | 1,163.00 | 1,163.08 | 1,163.08 | 1,163.08 |
| 6I | Capital Recovery V, LLC | 7990-000 | N/A | 1.27 | 1.27 | 1.27 |
| 7 | Capital Recovery V, LLC | 7100-000 | N/A | 1,407.96 | 1,407.96 | 1,407.96 |
| 7I | Capital Recovery V, LLC | 7990-000 | N/A | 1.53 | 1.53 | 1.53 |
| 8 | Capital Recovery V, LLC | 7100-000 | 1,941.15 | 1,941.15 | 1,941.15 | 1,941.15 |
| 8I | Capital Recovery V, LLC | 7990-000 | N/A | 2.12 | 2.12 | 2.12 |
| 9 | MERRICK BANK | 7100-000 | 1,822.00 | 1,437.29 | 1,437.29 | 1,437.29 |
| 9I | MERRICK BANK | 7990-000 | N/A | 1.57 | 1.57 | 1.57 |
| 10 | Citibank, N.A. | 7100-000 | 140.50 | 343.47 | 343.47 | 343.47 |
| 10I | Citibank, N.A. | 7990-000 | N/A | 0.37 | 0.37 | 0.37 |
| NOTFILED | Figis | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | KCI USA INC. | 7100-000 | 615.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 1,361.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 865.18 | N/A | N/A | 0.00 |
| NOTFILED | Shell/Citi Bank | 7100-000 | 2,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Genesis Health Systems | 7100-000 | 830.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB | 7100-000 | 1,271.00 | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | 2,776.30 | N/A | N/A | 0.00 |
| NOTFILED | CCH Medical Center | 7100-000 | 521.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $29,486.26 | $23,388.10 | $23,388.10 | $23,388.10 |
|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-84038
**Case Name:** HEATH, JOHN DUDLEY
HEATH, MARY ELLEN
**Period Ending:** 12/17/14

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 12/04/13 (f)
**§341(a) Meeting Date:** 01/10/14
**Claims Bar Date:** 05/19/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence located at 25100 Front St., Sterling I  Imported from original petition Doc# 1 | 86,454.00 | 0.00 | | 0.00 | FA |
| 2  Checking account with Midland States Bank  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3  Household goods  Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 4  Wearing apparel  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5  Wedding rings and misc. costume jewelry  Imported from original petition Doc# 1 | 110.00 | 0.00 | | 0.00 | FA |
| 6  Whole Life Insurance policy #26009455 with New Y  Imported from original petition Doc# 1 | 2,196.43 | 0.00 | | 0.00 | FA |
| 7  Whole Life Insurance policy #43488242 with New Y  Imported from original petition Doc# 1 | 24,995.72 | 0.00 | | 0.00 | FA |
| 8  2012 Mazda 3I in excellent condition with 5500 m  Imported from original petition Doc# 1 | 15,600.00 | 0.00 | | 0.00 | FA |
| 9  CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE  (u)  John Heath's beneficial interest in the Robert Heath Trust .  Interim distribution received 2/27/14.  May be 2015 before final distribution is made to the Bankruptcy Estate. | 0.00 | 68,875.78 | | 68,875.78 | FA |
| **9   Assets    Totals** (Excluding unknown values) | **$130,456.15** | **$68,875.78** | | **$68,875.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2014          **Current Projected Date Of Final Report (TFR):**     July 24, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 13-84038 | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|
| Case Name: | HEATH, JOHN DUDLEY | Bank Name: | Rabobank, N.A. |
| | HEATH, MARY ELLEN | Account: | ******1766 - Checking Account |
| Taxpayer ID #: | **-***3453 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/17/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/14 | {9} | The Robert H. Heath Trust | Interim distribution - Debtor's interest in Robert Heath Trust | 1229-000 | 68,875.78 | | 68,875.78 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.76 | 68,780.02 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.53 | 68,674.49 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.77 | 68,575.72 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.34 | 68,480.38 |
| 10/31/14 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $700.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 10/31/14 | 3110-000 | | 700.00 | 67,780.38 |
| 10/31/14 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $700.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 10/31/14 | 3110-000 | | -700.00 | 68,480.38 |
| 10/31/14 | 102 | American InfoSource LP as agent for | Dividend paid 100.00% on $1,361.64; Claim# 1; Filed: $1,361.64; Reference: Voided on 10/31/14 | 7100-000 | | 1,361.64 | 67,118.74 |
| 10/31/14 | 102 | American InfoSource LP as agent for | Dividend paid 100.00% on $1,361.64; Claim# 1; Filed: $1,361.64; Reference: Voided: check issued on 10/31/14 | 7100-000 | | -1,361.64 | 68,480.38 |
| 10/31/14 | 103 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $498.29; Claim# 2; Filed: $498.29; Reference: Voided on 10/31/14 | 7100-000 | | 498.29 | 67,982.09 |
| 10/31/14 | 103 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $498.29; Claim# 2; Filed: $498.29; Reference: Voided: check issued on 10/31/14 | 7100-000 | | -498.29 | 68,480.38 |
| 10/31/14 | 104 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $5,680.23; Claim# 3; Filed: $5,680.23; Reference: NUMEROUS ACCOUNTS Voided on 10/31/14 | 7100-000 | | 5,680.23 | 62,800.15 |
| 10/31/14 | 104 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $5,680.23; Claim# 3; Filed: $5,680.23; Reference: NUMEROUS ACCOUNTS Voided: check issued on 10/31/14 | 7100-000 | | -5,680.23 | 68,480.38 |
| 10/31/14 | 105 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $6,883.45; Claim# 4; Filed: $6,883.45; Reference: Voided on 10/31/14 | 7100-000 | | 6,883.45 | 61,596.93 |
| 10/31/14 | 105 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $6,883.45; Claim# 4; Filed: $6,883.45; Reference: Voided: check issued on 10/31/14 | 7100-000 | | -6,883.45 | 68,480.38 |
| 10/31/14 | 106 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $2,646.09; Claim# | 7100-000 | | 2,646.09 | 65,834.29 |

Subtotals :   $68,875.78   $3,041.49

{} Asset reference(s)

Printed: 12/17/2014 11:48 AM   V.13.20

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-84038  
**Case Name:** HEATH, JOHN DUDLEY  
HEATH, MARY ELLEN  
**Taxpayer ID #:** **-***3453  
**Period Ending:** 12/17/14

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/14 | 106 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $2,646.09; Claim# 5; Filed: $2,646.09; Reference: Voided on 10/31/14 | 7100-000 | | -2,646.09 | 68,480.38 |
| 10/31/14 | 106 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $2,646.09; Claim# 5; Filed: $2,646.09; Reference: Voided: check issued on 10/31/14 | 7100-000 | | -2,646.09 | 68,480.38 |
| 10/31/14 | 107 | Capital Recovery V, LLC | Dividend paid 100.00% on $1,163.08; Claim# 6; Filed: $1,163.08; Reference: Voided on 10/31/14 | 7100-000 | | 1,163.08 | 67,317.30 |
| 10/31/14 | 107 | Capital Recovery V, LLC | Dividend paid 100.00% on $1,163.08; Claim# 6; Filed: $1,163.08; Reference: Voided: check issued on 10/31/14 | 7100-000 | | -1,163.08 | 68,480.38 |
| 10/31/14 | 108 | Capital Recovery V, LLC | Dividend paid 100.00% on $1,407.96; Claim# 7; Filed: $1,407.96; Reference: Voided on 10/31/14 | 7100-000 | | 1,407.96 | 67,072.42 |
| 10/31/14 | 108 | Capital Recovery V, LLC | Dividend paid 100.00% on $1,407.96; Claim# 7; Filed: $1,407.96; Reference: Voided: check issued on 10/31/14 | 7100-000 | | -1,407.96 | 68,480.38 |
| 10/31/14 | 109 | Capital Recovery V, LLC | Dividend paid 100.00% on $1,941.15; Claim# 8; Filed: $1,941.15; Reference: Voided on 10/31/14 | 7100-000 | | 1,941.15 | 66,539.23 |
| 10/31/14 | 109 | Capital Recovery V, LLC | Dividend paid 100.00% on $1,941.15; Claim# 8; Filed: $1,941.15; Reference: Voided: check issued on 10/31/14 | 7100-000 | | -1,941.15 | 68,480.38 |
| 10/31/14 | 110 | MERRICK BANK | Dividend paid 100.00% on $1,437.29; Claim# 9; Filed: $1,437.29; Reference: Voided on 10/31/14 | 7100-000 | | 1,437.29 | 67,043.09 |
| 10/31/14 | 110 | MERRICK BANK | Dividend paid 100.00% on $1,437.29; Claim# 9; Filed: $1,437.29; Reference: Voided: check issued on 10/31/14 | 7100-000 | | -1,437.29 | 68,480.38 |
| 10/31/14 | 111 | Citibank, N.A. | Dividend paid 100.00% on $343.47; Claim# 10; Filed: $343.47; Reference: Voided on 10/31/14 | 7100-000 | | 343.47 | 68,136.91 |
| 10/31/14 | 111 | Citibank, N.A. | Dividend paid 100.00% on $343.47; Claim# 10; Filed: $343.47; Reference: Voided: check issued on 10/31/14 | 7100-000 | | -343.47 | 68,480.38 |
| 10/31/14 | 112 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $6.19; Claim# 3I; Filed: $6.19; Reference: NUMEROUS ACCOUNTS Voided on 10/31/14 | 7990-000 | | 6.19 | 68,474.19 |

Subtotals: $0.00    $-2,639.90

{} Asset reference(s)

Printed: 12/17/2014 11:48 AM    V.13.20

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-84038  
**Case Name:** HEATH, JOHN DUDLEY  
HEATH, MARY ELLEN  
**Taxpayer ID #:** **-***3453  
**Period Ending:** 12/17/14

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/14 | 112 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $6.19; Claim# 3I; Filed: $6.19; Reference: NUMEROUS ACCOUNTS<br>Voided: check issued on 10/31/14 | 7990-000 | | -6.19 | 68,480.38 |
| 10/31/14 | 113 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $7.50; Claim# 4I; Filed: $7.50; Reference:<br>Voided on 10/31/14 | 7990-000 | | 7.50 | 68,472.88 |
| 10/31/14 | 113 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $7.50; Claim# 4I; Filed: $7.50; Reference:<br>Voided: check issued on 10/31/14 | 7990-000 | | -7.50 | 68,480.38 |
| 10/31/14 | 114 | HEATH, JOHN DUDLEY | Dividend paid 100.00% on $40,726.36; Claim# SURPLUS; Filed: $40,726.36; Reference:<br>Voided on 10/31/14 | 8200-002 | | 40,726.36 | 27,754.02 |
| 10/31/14 | 114 | HEATH, JOHN DUDLEY | Dividend paid 100.00% on $40,726.36; Claim# SURPLUS; Filed: $40,726.36; Reference:<br>Voided: check issued on 10/31/14 | 8200-002 | | -40,726.36 | 68,480.38 |
| 10/31/14 | 115 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST<br>Voided on 10/31/14 | 2100-000 | | 3,664.67 | 64,815.71 |
| 10/31/14 | 115 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST<br>Voided: check issued on 10/31/14 | 2100-000 | | -3,664.67 | 68,480.38 |
| 10/31/14 | 116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided on 10/31/14 | 7990-000 | | 13.01 | 68,467.37 |
| 10/31/14 | 116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided: check issued on 10/31/14 | 7990-000 | | -13.01 | 68,480.38 |
| 10/31/14 | 117 | HEATH, JOHN DUDLEY | Dividend paid 100.00% on $40,726.36; Claim# SURPLUS; Filed: $40,726.36; Reference: | 8200-002 | | 40,726.36 | 27,754.02 |
| 10/31/14 | 118 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,664.67 | 24,089.35 |
| | | | Dividend paid 100.00% on $3,564.94; Claim# ; Filed: $3,564.94 | 2100-000 | 3,564.94 | | 24,089.35 |
| | | | Dividend paid 100.00% on $99.73; Claim# ; Filed: $99.73 | 2200-000 | 99.73 | | 24,089.35 |

Subtotals : $0.00 $44,384.84

{} Asset reference(s)

Printed: 12/17/2014 11:48 AM V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 13-84038
**Case Name:** HEATH, JOHN DUDLEY
HEATH, MARY ELLEN
**Taxpayer ID #:** **-***3453
**Period Ending:** 12/17/14

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** Rabobank, N.A.
**Account:** ******1766 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/31/14 | 119 | American InfoSource LP as agent for | Combined Check for Claims#1,1I | | | | 1,363.12 | 22,726.23 |
| | | | Dividend paid 100.00% on $1,361.64; Claim# 1; Filed: $1,361.64 | 1,361.64 | 7100-000 | | | 22,726.23 |
| | | | Dividend paid 100.00% on $1.48; Claim# 1I; Filed: $1.48 | 1.48 | 7990-000 | | | 22,726.23 |
| 10/31/14 | 120 | Capital One Bank (USA), N.A. | Combined Check for Claims#3,4,5,3I,4I,5I | | | | 15,226.34 | 7,499.89 |
| | | | Dividend paid 100.00% on $5,680.23; Claim# 3; Filed: $5,680.23; Reference: NUMEROUS ACCOUNTS | 5,680.23 | 7100-000 | | | 7,499.89 |
| | | | Dividend paid 100.00% on $6,883.45; Claim# 4; Filed: $6,883.45 | 6,883.45 | 7100-000 | | | 7,499.89 |
| | | | Dividend paid 100.00% on $2,646.09; Claim# 5; Filed: $2,646.09 | 2,646.09 | 7100-000 | | | 7,499.89 |
| | | | Dividend paid 100.00% on $6.19; Claim# 3I; Filed: $6.19; Reference: NUMEROUS ACCOUNTS | 6.19 | 7990-000 | | | 7,499.89 |
| | | | Dividend paid 100.00% on $7.50; Claim# 4I; Filed: $7.50 | 7.50 | 7990-000 | | | 7,499.89 |
| | | | Dividend paid 100.00% on $2.88; Claim# 5I; Filed: $2.88 | 2.88 | 7990-000 | | | 7,499.89 |
| 10/31/14 | 121 | Capital Recovery V, LLC | Combined Check for Claims#6,7,8,6I,7I,8I | | | | 4,517.11 | 2,982.78 |
| | | | Dividend paid 100.00% on $1,163.08; Claim# 6; Filed: $1,163.08 | 1,163.08 | 7100-000 | | | 2,982.78 |
| | | | Dividend paid 100.00% on $1,407.96; Claim# 7; Filed: $1,407.96 | 1,407.96 | 7100-000 | | | 2,982.78 |
| | | | Dividend paid 100.00% | 1,941.15 | 7100-000 | | | 2,982.78 |

Subtotals :        $0.00        $21,106.57

{} Asset reference(s)                                                                                 Printed: 12/17/2014 11:48 AM    V.13.20

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 13-84038  
**Case Name:** HEATH, JOHN DUDLEY  
HEATH, MARY ELLEN  
**Taxpayer ID #:** **-***3453  
**Period Ending:** 12/17/14  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,941.15; Claim# 8; Filed: $1,941.15 | | | | |
| | | | Dividend paid 100.00% 1.27 on $1.27; Claim# 6I; Filed: $1.27 | 7990-000 | | | 2,982.78 |
| | | | Dividend paid 100.00% 1.53 on $1.53; Claim# 7I; Filed: $1.53 | 7990-000 | | | 2,982.78 |
| | | | Dividend paid 100.00% 2.12 on $2.12; Claim# 8I; Filed: $2.12 | 7990-000 | | | 2,982.78 |
| 10/31/14 | 122 | Citibank, N.A. | Combined Check for Claims#10,10I | | | 343.84 | 2,638.94 |
| | | | Dividend paid 100.00% 343.47 on $343.47; Claim# 10; Filed: $343.47 | 7100-000 | | | 2,638.94 |
| | | | Dividend paid 100.00% 0.37 on $0.37; Claim# 10I; Filed: $0.37 | 7990-000 | | | 2,638.94 |
| 10/31/14 | 123 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Combined Check for Claims#et_al. | | | 701.25 | 1,937.69 |
| | | | Dividend paid 100.00% 700.00 on $700.00; Claim# ; Filed: $700.00 | 3110-000 | | | 1,937.69 |
| | | | Dividend paid 100.00% 1.25 on $1.25; Claim# ; Filed: $1.25 | 3120-000 | | | 1,937.69 |
| 10/31/14 | 124 | MERRICK BANK | Combined Check for Claims#9,9I | | | 1,438.86 | 498.83 |
| | | | Dividend paid 100.00% 1,437.29 on $1,437.29; Claim# 9; Filed: $1,437.29 | 7100-000 | | | 498.83 |
| | | | Dividend paid 100.00% 1.57 on $1.57; Claim# 9I; Filed: $1.57 | 7990-000 | | | 498.83 |
| 10/31/14 | 125 | Quantum3 Group LLC as agent for | Combined Check for Claims#2,2I | | | 498.83 | 0.00 |
| | | | Dividend paid 100.00% 498.29 on $498.29; Claim# 2; Filed: $498.29 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 0.54 on $0.54; Claim# 2I; | 7990-000 | | | 0.00 |

Subtotals : $0.00  $2,982.78

{} Asset reference(s)  
Printed: 12/17/2014 11:48 AM   V.13.20

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 13-84038  
**Case Name:** HEATH, JOHN DUDLEY  
HEATH, MARY ELLEN  
**Taxpayer ID #:** **-***3453  
**Period Ending:** 12/17/14  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Filed: $0.54 |  |  |  |  |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 68,875.78 | 68,875.78 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |  |
| Subtotal | 68,875.78 | 68,875.78 |  |
| Less: Payments to Debtors |  | 40,726.36 |  |
| NET Receipts / Disbursements | $68,875.78 | $28,149.42 |  |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******1766 | 68,875.78 | 28,149.42 | 0.00 |
|  | $68,875.78 | $28,149.42 | $0.00 |